(66 Hun, 630.)

### THOMPSON et al., Respondents, v. THOMPSON et al., Appellants.

(Supreme Court, General Term, Fourth Department.   December 9, 1892.)

Action by Charles G. Thompson and others against Susan Y. Thompson and others.

No opinion.   Order reversed, without costs, and a stay of proceedings granted as against Richard Skinner until efforts to collect a judgment from the other parties against whom it is rendered shall be exhausted, when an application may be made at special term for leave to collect of Richard Skinner the same, or any part thereof remaining unpaid.

(66 Hun, 630.)

### TRUSTEES OF SKANEATELES VILLAGE, Appellants, v. CITY OF SYRACUSE et al., Respondents.

(Supreme Court, General Term, Fourth Department.   December 9, 1892.)

Action by the trustees of Skaneateles village against the city of Syracuse and others.

No opinion.   Order affirmed, with $10 costs and disbursements.

(66 Hun, 630.)

### TURNER, Respondent, v. TURNER, Appellant.

(Supreme Court, General Term, Fourth Department.   December 9, 1892.)

Action by Phoebe Turner against Orrin Turner.

No opinion.   Judgment and order reversed on the exceptions, and a new trial ordered, with costs to abide the event.

(66 Hun, 630.)

### WALRATH, Appellant, v. WEAVER, Respondent.

(Supreme Court, General Term, Fourth Department.   December 9, 1892.)

Action by Nathan Walrath against Addis Weaver.

No opinion.   Judgment affirmed, with costs.

(66 Hun, 630.)

### WARNER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant.

(Supreme Court, General Term, Fourth Department.   December 9, 1892.)

Action by Samuel E. Warner against the New York Central & Hudson River Railroad Company.

No opinion.   Judgment and order affirmed, with costs.

(66 Hun, 630.)

### WATSON, Respondent, v. OSWEGO ST. RY. CO., Appellant.

(Supreme Court, General Term, Fourth Department.   December 9, 1892.)

Action by Rush S. Watson against the Oswego Street Railway Company.

No opinion.   Judgment and order reversed, and new trial ordered, with costs to abide the event.   Order refusing a new trial on the ground of surprise reversed, without costs to either party.

(66 Hun, 630.)

### WILLIAMS, Respondent, v. WILLIAMS et al., Appellants.

(Supreme Court, General Term, Fourth Department.   December 9, 1892.)

Action by Rosa Williams against Uriah Williams and Palmer G. Williams.

No opinion.   Judgment and order affirmed, with costs.